# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 22-mj-088** |
| | : | |
| v. | : | |
| | : | |
| **JOSHUA COLGAN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based on the entire record herein, and for good cause shown, the Court hereby grants the government's motion, and imposes the following conditions of release, which shall take effect one day after the date of this ORDER, in order that counsel may give notice to the defendant. Thus the defendant shall:

1. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

2. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

3. Not use alcohol at all.

Dated: May ___, 2022

ROBIN M. MERIWEATHER
United States Magistrate Judge