UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    *Plaintiff,*  )<br>  )<br>v.  )<br>  )<br>JOSHUA COLGAN,  )<br>  )<br>  )<br>    *Defendant.*  )<br>  )<br>  ) | No. 22-cr-224-DLF |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Now comes Paul F. Enzinna, counsel for Defendant Joshua Colgan, and respectfully requests leave of Court to withdraw as counsel. In support of this request, counsel states as follows:

1. Undersigned counsel was appointed as CJA Panel counsel for Defendant Joshua Colgan, and entered his appearance on May 10, 2022. ECF No. 6.

2. On October 20, 2022, Keith Lively Esq., moved for the admission *pro hoc vice* of Murdoch Walker II, Esq., who has been retained by Defendant, to represent Defendant in this matter. ECF No. 24. The Court granted that Motion on October 20, 2022.

WHEREFORE, undersigned counsel respectfully requests leave of Court to withdraw as counsel for the Defendant.

Date: October 21, 2022                                      Respectfully submitted,


                                                                                     _____/s/_____  
                                                                                     Paul F. Enzinna  
                                                                                      Ellerman Enzinna Levy PLLC  
                                                                                      1050 30th Street, NW  
                                                                                       Washington, DC 20007  
                                                                                      202.753.5553  
                                                                                      penzinna@eellaw.com

*Counsel for Defendant Joshua Colgan*

2

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing Motion for Leave to Withdraw as Counsel was filed October 21, 2022, using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                                                    _____/s/_____
                                                    Paul F. Enzinna