NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:22-cr-00224-DLF

JOSHUA COLGAN

(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Murdoch Walker, II   Georgia Bar No. 163417
*(Attorney & Bar ID Number)*

Lowther | Walker LLC
*(Firm Name)*

101 Marietta St. NW Suite 3324
*(Street Address)*

Atlanta, Georgia 30303
*(City)        (State)        (Zip)*

(404) 496-4052
*(Telephone Number)*