### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA COLGAN<br><br>    Defendant. | 1:22-CR-00224-DLF-1 |

### NOTICE OF APPEARANCE

Andre Barlow of the law firm Doyle, Barlow & Mazard PLLC hereby enters his appearance as counsel for Defendant, Joshua Colgan.

Dated: April 11, 2023                Respectfully submitted,

**DOYLE, BARLOW & MAZARD PLLC**

By:   /s/ Andre Barlow
      Andre Barlow, DC Bar #465683
      1776 K Street NW, Suite 200
      Washington, DC 20006
      Telephone: (202) 589-1838
      abarlow@dbmlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2023, the foregoing (including any attachments) was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties required to be served.

      /s/ Andre Barlow