**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-CR-224 (DLF) |
| v. : | |
| : | |
| JOSHUA COLGAN, : | |
| : | |
| Defendant : | |
| : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were entered into evidence during the sentencing hearing that took place on April 25, 2023. As the United States stated on the record during the sentencing proceeding, it is the government's position that these should be released to the public. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a video approximately 1 minute and 39 seconds in length. It is a recording of a telephone call between Joshua Colgan and a journalist that took place in April 2023 after the filing of the Government's Sentencing Memo.

2. Government Exhibit 2 is a video approximately 3 minutes and 43 seconds in length that was a livestream of a video taken by another rioter that portrays the entrance surrounding the Senate Wing Door of the U.S. Capitol on January 6, 2021.

      Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   /s/ Jeffrey A. Kiok
       JEFFREY A. KIOK
       Attorney (detailed)
       N.Y. Bar Number 5400221
       United States Attorney's Office
       601 D Street, N.W.
       Washington, D.C.  20530
       Telephone: (202) 307-5967
       Email: jeffrey.kiok2@usdoj.gov