UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-CR-224 (DLF) |
| v. | : | |
| | : | |
| JOSHUA COLGAN, | : | |
| | : | |
| Defendant | : | |

**GOVERNMENT'S RESPONSE TO THE PRESS COALITION'S REQUEST**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to the Press Coalition's request to "record, copy, download, retransmit, and otherwise further publish the Video Exhibits [from the sentencing hearing of April 25, 2023]." ECF No. 52 at ¶ 9. The United States has no objection to the request. The United States further states that it has released the video exhibits and granted the necessary access credentials to the Press Coalition to access the video exhibits.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Jeffrey A. Kiok
JEFFREY A. KIOK
Attorney (detailed)
N.Y. Bar Number 5400221
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 307-5967
Email: jeffrey.kiok2@usdoj.gov