UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:22-CR-224 (DLF) |
| v.    ) | |
| ) | |
| JOSHUA COLGAN   ) | |

### RESPONSE TO THE PRESS COALITION'S REQUEST

Mr. JOSHUA COLGAN, by and through its attorney, respectfully responds to the Press Coalition's request to "record, copy, download, retransmit, and otherwise further publish the Video Exhibits [from the sentencing hearing of April 25, 2023]." ECF No. 52 at ¶ 9. Mr. Colgan has no objection to the request.

Date: October 31, 2023

Respectfully Submitted,

*s/ Murdoch Walker II, Esq.*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Joshua Colgan

1