UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-CR-224 (DLF) |
| v. : | |
| : | |
| JOSHUA COLGAN, : | |
| : | |
| Defendant : | |

### GOVERNMENT'S RESPONSE TO PROBATION OFFICE'S PETITION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Probation Office's Petition in the above-captioned matter. On April 25, 2023, this Court held a sentencing hearing during which the Court considered the factors set forth in 18 U.S.C. § 3553(a) and sentenced the defendant to a term of probation of 36 month with conditions, among them being that the defendant serve 28 days of intermittent confinement in two periods of 14 days each. The Probation Office states in its Petition that the defendant will not be able to satisfy the condition of intermittent confinement, because the defendant has been designated to serve the term of intermittent confinement in a Residential Reentry Center (RRC), and that the RRC in Maine is "full through the end of the year." ECF No. 55 at 2. The Petition further states that the District of Maine does not believe that the defendant will be able to satisfy the condition prior to April 25, 2024. Id.

The United States opposes the removal of this condition or the substitution of this condition for additional home confinement. The United States notes that the defendant's term of probation will expire on April 25, 2026, and submits to the Court that the time remaining in defendant's 36 months of probation will be sufficient time for the District of Maine to place the defendant in two periods of 14 days intermittent confinement at an RRC.

1

To the extent the Court is considering the Probation Office's Petition, the United States would respectfully request a hearing.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    /s/ Jeffrey A. Kiok
          JEFFREY A. KIOK
          Attorney (detailed)
          N.Y. Bar Number 5400221
          United States Attorney's Office
          601 D Street, N.W.
          Washington, D.C.  20530
          Telephone: (202) 307-5967
          Email: jeffrey.kiok@usdoj.gov